ADRIAN VANDERVEER, Respondent, *v.* JOHN SUYDAM, Appellant.

*Vanderveer* v. *Suydam*, 83 Hun, 116, affirmed.
(Argued January 29, 1897; decided February 12, 1897.)

APPEAL from a judgment of the General Term of the Supreme Court in the second judicial department, entered December 12, 1894, which affirmed a judgment in favor of plaintiff entered upon a verdict.

*Josiah T. Marean* for appellant.

*Edward M. Grout* for respondent.

Judgment affirmed, with costs, on opinion below.
All concur.

---

THE PEOPLE OF THE STATE OF NEW YORK ex rel. AVERY D. ANDREWS, Treasurer of the Board of Police Commissioners, Respondent, *v.* ASHBEL P. FITCH, as Comptroller of the City of New York, Appellant.

*People ex rel. Andrews* v. *Fitch*, 9 App. Div. 439, affirmed.
(Argued February 1, 1897; decided February 12, 1897.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered November 5, 1896, which affirmed an order of Special Term granting a writ of peremptory mandamus.

*James A. Deering* for appellant.

*Francis M. Scott* for respondent.

Order affirmed, with costs, on opinion below.
All concur.